# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
ACE Expert Tailors ) ASBCA Nos. 59660, 60051
)
Under Contract No. EUS 12-152 )

APPEARANCE FOR THE APPELLANT: Mr. Ronnie Lee Roberts
COO

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
Evan C. Williams, Esq.
Trial Attorney

## ORDER OF DISMISSAL

The appeals have been settled. Accordingly, they are dismissed with prejudice.

Dated: September 11, 2018

_____
MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59660, 60051, Appeals of ACE Expert Tailors, rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals